# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| RICHARD JOHN GARIN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>M. RIOS,<br><br>Defendant. | Civil No. 19-780 (JRT/BRT)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

Richard John Garin, Jr., OID # 06800-041, Federal Prison Camp, P.O. Box 1000, Duluth, MN 55814, *pro se* plaintiff.

Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

Magistrate Judge Becky R. Thorson filed a Report and Recommendation on August 19, 2019 (Docket No. 12). No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) be **DENIED AS MOOT**;

2. This action be **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 7, 2019
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court